# UNITED STATES DISTRICT COURT
### for the
### Northern District of Iowa

| United States of America | ) |
| --- | --- |
| v. | ) |
|  | ) Case No. 20-cr-107 |
|  | ) |
| JOHN EDWARD MILLER | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 19, 2020__ in the county of __Linn__ in the __Northern__ District of __Iowa__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| Count 1:<br>18 U.S.C.A. § 115(a)(1)(B) | Influencing, impeding, or retaliating against a Federal official by threatening a United States official, a United States judge, or a Federal law enforcement officer. |
| Count 2:<br>18 U.S.C.A. § 844(f) | Malicious Damage to Federal Property |
| Count 3:<br>18 USC 875(c) | Interstate Communications with intent to injure |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Troy David Bronner*
*Complainant's signature*

Troy David Bronner, Special Agent
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone or other reliable electronic means.

Date: 12/07/2020

*Judge's signature*

Northern District of Iowa

Mark A. Roberts, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

UNITED STATES OF AMERICA )
)ss
NORTHERN DISTRICT OF IOWA )

Your affiant, Troy David Bronner, being duly sworn state and depose as follows:

1. I am a Special Agent with the Federal Bureau of Investigation. I have been so employed since approximately 2003. As part of my duties as an FBI Special Agent, I investigate Domestic Terrorism, criminal organizations, violent crimes, narcotics trafficking, bombing matters, and money laundering. I have been involved with various electronic surveillance methods, the debriefing of defendants, informants, and witnesses, as well as others who have knowledge of the distribution, transportation, storage and importation of controlled substances.

2. My training and experience include graduation from the FBI Academy in 2004. I have attended multiple schools related to investigative techniques involving narcotics, firearms, homicides, and gangs. I have participated in numerous investigations in both supporting roles and as the lead case agent. These investigations have resulted in prosecutions in both Federal and State court.

3. This affidavit is in support of a criminal complaint for John Edward Miller, charging him with Influencing, impeding, or retaliating against a Federal official by threatening a United States official, a United States judge, or a Federal law enforcement officer, in violation of Title 18, United States Code, Section 115(a)(1)(B); Malicious Damage to Federal Property, in violation of Title 18, United States Code, Section 844(f), and Interstate Communications with intent to injure, in violation of Title 18, United States Code, Section 875(c).

4. On November 19, 2020, the FBI was notified by Assistant United States Attorney (AUSA) Justin Lightfoot that AUSA Emily Nydle received the following message on her personal Facebook account, which has a Display Name "Emily Nydle," and a profile picture featuring a photograph of Nydle. The message was received through Facebook Messenger, from Facebook profile "John Miller" (hereinafter Miller), on November 19, 2020, at approximately 1206 hours, which was conducted through interstate commerce. Nydle perceived the message as threatening and/or harassing in nature. The message also mentions Deputy United States Marshal (DUSM)

1

Earl Plattner, United States Probation Officer (USPO) Rhonda Moyle and United Stated District Court Judge Linda Reade. Miller also stated, "the flare guns are at most what a fake warning meeting of fuck you feds":



5. Nydle advised the only John Miller she knew was an individual she prosecuted in state court, while she was a prosecutor for the Benton County Attorney's Office. Miller had mental health issues, including having auditory hallucinations. Nydle recalled one of the cases she prosecuted Miller for was a harassment case involving a neighbor. Nydle also prosecuted Miller's brother, David Miller, for murder.

6. To Nydle's knowledge, Miller did not have any federal prosecutions, which was confirmed by review of Miller's criminal history, but she was aware he sent a letter to the United States Attorney's Office (USAO) of the Northern District of Iowa. Nydle did not see the letter, because it was screened through the

2

USAO mail process for incoming letters. Nydle was unsure if this was the same Miller, however the message references other federal employees, including Judge Reade, DUSM Plattner, and US Probation Officer Moyle, although Miller spelled Moyle's name incorrectly by spelling it "Moley."

7. The names Tina Corley and Virgil Woodman did not have any meaning to Nydle, nor did Miller's reference to "flare guns."

8. Nydle did recall participating in a "warn meeting" as a federal prosecutor, which she described as a meeting with state probationers where they are advised of the risks of federal prosecution if they continue conducting illegal activity, but she did not recall if Miller was present at the warn meeting. Nydle was unsure if Miller's reference to a "fake warning meeting" was related to the aforementioned warn meeting or not. Nydle has not had direct contact with the Miller since leaving the Benton County Attorney's Office approximately four years ago.

9. Nydle filed a police report concerning the harassing message with the Cedar Rapids Police Department, Case Number 202016483.

10. Later, on November 19, 2020, at approximately 1305 hours, an unknown person, later determined to be Miller, shot what was believed to be a flare gun at the Cedar Rapids United States Courthouse (USCH). This action set the green portable Hesco barriers located in front of the USCH on fire, which was subsequently extinguished. A review of the CCTV showed a person across the street, near the Black Sheep Social Club (hereinafter Black Sheep), 600 1st Street SW, Cedar Rapids, Iowa, fire the flare across the street toward the USCH. The Cedar Rapids Police Department (CRPD) was called by General Services Administration (GSA) personnel, and a police report was filed, CRPD report #: 2020-16487, who was the victim in this incident, as they were the owners of the Hesco barriers in front of the courthouse. The remaining flare that was shot by Miller landed near the base of a tree, between the sidewalk and the parking lot of the Black Sheep, which was in the direction of the USCH.

11. The United States Marshal's Service (USMS) advised there was an open threat investigation, Case # 2029-0630-085-T, on John Miller, FID: 10281476, involving USPO Moyle. MILLER was scheduled to have a state parole violation hearing that day (November 19, 2020), based on the harassing texts he had sent to USPO Moyle. MILLER had also been observed walking by the USCH in the past, making derogatory gestures towards the USCH on camera. It was believed Miller worked nearby and took the bus on the corner of 7th Avenue and 2nd Street, Cedar Rapids, Iowa, at approximately 1330 hours.

12. On November 20, 2020, a review was conducted of Facebook accounts reflecting the display name "John Miller, which were identified as sending messages to Nydle. The Facebook account with Unique ID: 100045361727107, Display Name: John Miller (hereinafter Account 1), which was used to send the threatening message to Nydle on November 19, 2020, reflected the following Facebook profile picture:

3



13. A second message was later identified by Nydle, which was sent from the Facebook account with Unique ID: 100051065149238, Display Name: John Miller (hereinafter Account 2). This message was sent to Nydle on August 02, 2020, and was benign in nature. The message reflected the following Facebook profile picture and message:



14. An additional search of Facebook for accounts reflecting the display name of John Miller, revealed a third Facebook account with Unique ID: 100051993104121, Display Name: John Miller (hereinafter Account 3). This account reflected the following Facebook profile picture which matched the physical description of John Miller:



15. Further analysis of the Facebook accounts associated with Miller, revealed the

4

following information:

**Facebook Account 1**
- Friends were not visible on this account.
- Account 1 returned a photograph with the text "Rich Future," which was also observed on Account 3.

**Facebook Account 2**
- The account returned five friends, two of which were John Miller (Account 1 and Account 2). The remaining three accounts returned display names Spooder Venega, Jessica Prach, and Kristen Leonard.
- This account returned a picture of the business card belonging to Deputy US Marshal Earl Plattner, posted on July 28, 2020, and a picture of Miller at the front door of an FBI office, posted on June 04, 2020.
- The profile picture of Account 2, which appeared to be an angry face emoji, as well as several other images observed on Account 2, were also observed on Account 3.

**Facebook Account 3**
- The account returned no friends.
- The account returned an image of a male matching the physical description of John Miller, DOB 06/01/XXXX.
- Account 3 shared several common images with Account 2.

16. Later, on November 20, 2020, the USMS obtained video from the Black Sheep, and an analysis was conducted which revealed a white male, matching the description of Miller, shooting two flare guns at the USCH. The image of Miller from the security video appeared to match the picture from the Protective Services CSO bulletin of Miller. Additionally, the image of Miller from the security video also appeared to match the Facebook profile picture from Account 3.



17. During the early morning hours of November 21, 2020, members of the CRPD, assisted by Agents from the FBI, attempted to execute a state arrest

5

and search warrant for Miller and Miller's residence, located at 1021 3rd Avenue SE, Apartment 36, Cedar Rapids, Iowa, for evidence in support of Miller's violation of Iowa Code 712.6(1), Possession of Incendiary or Explosive Device with Intent, in conjunction with the CRPD investigation of the fire at the USCH, CRPD Case #: 2020-16487. Officers knocked and announced at the door. After several minutes of negative response from the residence, the door was breeched, and Apartment #36 was found to be unoccupied. The search was of the unit produced two orange flare guns, two orange flare gun cartridges, one white work helmet with lights attached, one piece of mail addressed to John Edward Miller, and one lanyard with the identification of John Edward Miller. Additionally, a poster on the wall of Miller's residence, which depicted a lion, matched the lion depicted in the Facebook profile picture of Account 1.



18. Later, on November 21, 2020, at approximately 1455 hours, members of the USMS, assisted by members of the CRPD, located and arrested Miller at his residence, 1021 3rd Avenue SE, Apartment 36, Cedar Rapids, Iowa. Miller was transported to Linn County Jail on the charges of Possession of Incendiary or Explosive Device with Intent, in violation of Iowa Code 712.6(1), as well as an arrest warrant for a Probation Violation issued out of Benton County Iowa. The Benton County probation violation was subsequently dismissed, and Miller was discharged from the remaining term of his probation with Benton County.

19. On November 22, 2020, Agents interviewed Miller post-*Miranda*. After viewing the still photograph from surveillance footage from the Black Sheep of a white male carrying two flare guns, which was located in the vicinity of the Federal Courthouse, Miller admitted it was him in the photograph wearing his Service Master uniform, carrying the two flare guns. Miller also admitted the flare guns and live flare cartridges, which were found in a bag within his residence, belonged to him as well. Miller claimed he was just screwing around

6

that day. He stated he was shooting the flare guns at the ground and did not intentionally target the Federal Courthouse, nor did he go on the USCH property.

20. Miller identified his Facebook profile from the screenshot photos that were placed in front of him. Miller said he had three Facebook accounts, identified as Accounts 1-3, because his phone malfunctioned while signing into the accounts.

21. The Facebook message sent to Emily Nydle was shown to Miller and it was explained to him by Agents that it was sent to Nydle, who was an attorney. Miller claimed that Nydle came from Benton County, Iowa, where he was from, and wanted to vent to someone. Miller indicated the message was sent to Nydle to learn more information about the people named within the message, who were federal employees. Miller did not feel the message was threatening in nature, and then claimed to have a lot of people "fuck his whole life over."

22. It was explained to Miller that Nydle did take the message as a threat. He claimed that it made him feel bad, because that was not his intention. He understood some of the words he used could be viewed as threatening, and then apologized for the message.

23. Miller said he was prosecuted by Nydle for a harassment case in Benton County, Iowa. The case involved Jennifer Robinson (hereinafter Robinson), who was his neighbor. Miller claimed to have had a relationship with Robinson, and to have had a child with her. Miller asked Nydle about getting a DNA test to verify if the child was his and Nydle did not make that happen, which Miller still carried frustration with Nydle regarding that situation. Miller said he was still upset with Nydle about the DNA test. He thought his message may have upset Nydle, but the hurt feelings went both ways. Miller understood the message upset Nydle.

24. Miller claimed Moyle was a lady he needed to make up with. Miller sent Moyle pictures of flowers by a church, and said he did not send anything bad to her. He had wanted to contact her since he saw Moyle at the halfway house he was staying at. Miller stated he was not mad at Moyle, and just wanted to make her day better by sending flowers. He claimed to have sent her three text messages with pictures of flowers, which was later determined to be false based on information provided by the USMS, as Miller had sent significantly more text messages Moyle.

25. Miller stated he tried to contact Judge Reade, because he liked to talk to people, and Judge Reade could possibly help him identify Corley and Woodman, who were named in the message to Nydle, and Bruce Reade, who Miller thought

7

was Judge Reade's son, because his name was next to hers in the phonebook. Miller explained he tried to call Judge Reade and talk to her about everything that was happening, because he felt like he was being held prisoner and needed her help. He had left a message with Judge Reade's secretary, which was later determined to be true based on information provided by the USMS.

26. Miller said the picture of the business card of Plattner, seen on his Facebook Account 2, was a card he received from Plattner. Miller had a meeting with Plattner, and he was harassing Miller about not being able to send Moyle flowers. Miller felt his words were misunderstood.

27. Based on the foregoing, I believe there is probable cause to charge John Edward Miller with influencing, impeding, or retaliating against a Federal official by threatening a United States official, a United States judge, or a Federal law enforcement officer, in violation of Title 18, United States Code, Section 115(a)(1)(B); Malicious Damage to Federal Property, in violation of Title 18, United States Code, Section 844(f), and Interstate Communications with intent to injure, in violation of Title 18, United States Code, Section 875(c).

Troy David Bronner
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed by telephone or other reliable electronic means this __7__ day of December, 2020.

Mark A. Roberts
United States Magistrate Judge
Northern District of Iowa

8

Case 1:20-cr-00107-MAR   Document 2   Filed 12/07/20   Page 9 of 9