*I realize that I am a lost sinner. I do not deserve the Gift of God, but I do receive Jesus Christ now as my Lord and Savior. By His grace I intend to confess Him before others.* (Print Plainly)

Name _____

Address _____

City _____ Apt. _____

State _____ Zip _____

*Please use this blank only to register your decision for Christ after reading this tract. Do not use it to order tracts.* NO. 1300

**Bible Tracts, Inc.**
*Paul J. Levin, Founder*
PO Box 188 Bloomington, IL 61702-0188
www.bibletractsinc.org
*"The Word of God to all the world!"*

RECEIVED JAN 04 2021

# THE GIFT
## GOD'S LOVE FOR ALL

## THE GIFT

You'd be surprised if you knew how many blessings God wants to give you.

All of these gifts are found in the gift of God, His own dear Son Jesus Christ.

*"For God so loved the world, that he gave his only begotten Son, that whosoever believeth in him should not perish, but have everlasting life"* (John 3:16).

God gave His Son. Isaiah prophesied 600 years before Christ came, *"For unto us...a Son is given"* (Isaiah 9:6).

Paul, speaking of God's Son wrote, *"Thanks be unto God for his unspeakable gift"* (2 Corinthians 9:15).

Do you want peace with God? Do you long for hope? Do you seek forgiveness? God wants to give you all of these!

Do you yearn for hope? Do you want to know for sure that you are saved–that you have eternal life? God wants to give you eternal life!

## YOUR NEED

A police officer once said, "Oh, that I had a telegram from heaven telling me that my sins were forgiven."

Perhaps you are like that officer. You know you are a sinner because the Bible says, *"All have sinned"* (Romans 3:23).

Then you must know that you are under the penalty of death, *"For the wages of sin is death"* (Romans 6:23).

*"But God commendeth (demonstrated) his love toward us, in that, while we were yet sinners, Christ died for us"* (Romans 5:8).

The Lord Jesus proved His love for you when He gave His blood and His life, on the cruel cross to pay the wages of your sin.

He rose again. Now He is seated at *"the right hand of the Majesty on high"* (Hebrews 1:3).

God offers His Risen Son to you as His **GIFT**. Receive His Gift! You will not only have Him, but you will have all that God offers you in Him.

All of God's gifts are found in the Gift of His Son.

**FORGIVENESS**: *"In whom we have redemption through his blood, the forgiveness of sins"* (Ephesians 1:7).

**PEACE**: *"He is our peace"* (Ephesians 2:14). When you receive Him, you'll have peace.

**ETERNAL LIFE**: *"And this is the record, that God hath given to us eternal life, and this life is in his Son. He that hath the Son hath life"* (I John 5:11-12a).

You cannot work for salvation. You will never deserve forgiveness. You cannot merit peace.

God will give you all these blessings in His Son. Your part is to accept God's Gift by trusting Christ as your Lord and Savior.

*"But as many as received him, to them gave he power (the right) to become the sons of God"* (John 1:12).

What a tragedy to refuse God's Gift! Tell the Lord Jesus Christ you receive Him now. Sign the blank below. You will receive helpful literature.

*By Paul J. Levin*

John Edward Miller
[...] County Correctional Center
[...]08
Cedar Rapids, IA 52406-0608

1.4.21
EVB

U.S. POSTAGE >> PITNEY BOWES
ZIP 52404 $ 000.50
02 1W
0001403505 DEC. 29. 2020

Clerk of Court
111 7th Ave SE
PO Box 12
Cedar Rapids, Ia
52401-2101