IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 20-cr-107 |
| ) | |
| v. ) | **INDICTMENT** |
| ) | T. 18 U.S.C. § 115(a)(1)(B) |
| JOHN EDWARD MILLER, ) | T. 18 U.S.C. § 875(c) |
| ) | T. 18 U.S.C. § 844(f) |
| Defendant. ) | |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Threats Against Federal Official)

That on or about November 19, 2020, in the Northern District of Iowa, the

defendant, JOHN EDWARD MILLER, did threaten to assault Victim 1, an

Assistant United States Attorney in the Northern District of Iowa, with intent to

impede, intimidate, interfere with Victim 1 while he/she engaged in the

performance of his/her official duties.

This is a violation of Title 18, United States Code, Section 115(a)(1)(B).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
### (Interstate Communications with Intent to Injure)

That on or about November 19, 2020, in the Northern District of Iowa, the

defendant, JOHN EDWARD MILLER, knowingly and willfully did transmit in

interstate and foreign commerce, a communication, to wit: Facebook messenger

private message to Victim 1, and the communication contained a threat to injure

Victim 1, specifically, "the flare guns are at most what a fake warning meeting of

fuck you feds" and "all hell fire from Satan is born and walking around as you all

are to hide and seek out."

This is in violation of Title 18, United States Code, Section 875(c).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT THREE

### (Malicious Damage to Federal Building)

That on or about November 19, 2020, in the Northern District of Iowa, the

defendant, JOHN EDWARD MILLER, maliciously damaged, or attempted to

damage the Hesco barrier located outside the Federal Courthouse, owned by

General Service Administration, an agency of the United States, by means of fire or

explosive.

This is in violation of Title 18, United States Code, Section 844(f).

**A TRUE BILL.**

s/Foreperson
FOREPERSON

Marc Krickbaum

By:

Will R. Ripley
Special Attorney to the
United States Attorney General

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed 1/5/2021
ROBERT L. PHELPS, CLERK