May 18, 2023

Dear John,

    We are happy to offer a letter on your behalf in regards to your work history with us.

*HERE →* To Whom it May Concern:

    John Miller was employed with ServiceMaster as a custodian and worked full-time on his own and in a group setting with athletic events. During his time here he did have a good attitude towards management and took pride in doing a good job. He was courteous and respectful and very dependable. Whatever events led John to the place he is currently, he never had any issues while employed by ServiceMaster and was always grateful for the opportunity to work and to better for himself.

    We hope this may be some insight on the person he was, is, and can be in the future, we wish him well.

Sincerely,

*[signature]*



DEFENDANT'S EXHIBIT A
1:20-cr-107-CJW-MAR