UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 1:20-cr-107 |
| v. | ) | |
| | ) | SUPPLMENTAL SENTENCING |
| JOHN EDWARD MILLER, | ) | MEMORANDUM |
| | ) | |
| Defendant. | ) | |

The government, by and through the undersigned Special Attorney to the Attorney General / Assistant United States Attorney, files this supplemental sentencing memorandum in anticipation of the sentencing hearing currently set for September 7, 2023, at 3:00 p.m.

After reviewing Defendant's motion for downward departure or variance and sentencing memorandum, the government has determined it will call FBI Special Agent Troy Bronner to testify at the sentencing hearing. He will testify about the statement Defendant made to him post-*Miranda*.

WHEREFORE, the government prays the District Court consider this sentencing memorandum in determining the final sentence of Defendant.

Respectfully submitted,

Richard D. Westphal
United States Attorney

By: */s/ Melisa Zaehringer*
Melisa K. Zaehringer
Special Attorney to the Attorney General
Assistant United States Attorney
U.S. Courthouse
131 E. Fourth Street, Suite 310
Davenport, Iowa 52801
Tel: (563) 449-5432
Fax: (563) 449-5433
Email: melisa.zaehringer@usdoj.gov

1

CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, September 6, 2023, I electronically filed the foregoing with the Clerk of Court using the CM ECF system.  I hereby certify that a copy of this document was served on the parties or attorneys of record by:  __X__ ECF/Electronic filing
UNITED STATES ATTORNEY
By: _/s/ Melisa Zaehringer_
     Assistant U.S. Attorney